[Cite as *Pittro v. Ohio Dept. of Transp.*, 2012-Ohio-6349.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

PATRICIA C. PITTRO, Exec., etc.

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

Case No. 2010-02243

Judge Clark B. Weaver Sr.
Magistrate Holly True Shaver

JUDGMENT ENTRY

On October 24, 2012, the magistrate issued a decision recommending that the court find that Herbert Ligocki, Jack Marchbanks, and Gordon Proctor are entitled to immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas do not have jurisdiction over any civil actions that may be filed against them based upon the allegations in this case.

Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

Civ.R. 53(D)(4)(e)(i) provides: "The court may enter a judgment either during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections to a magistrate's decision or after the fourteen days have expired. If the court enters a judgment during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections, the timely filing of objections to the magistrate's decision shall operate as an automatic stay of execution of the judgment until the court disposes of those objections

and vacates, modifies, or adheres to the judgment previously entered."

The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. For the reasons set forth in the decision filed concurrently herewith, the court finds that Herbert Ligocki, Jack Marchbanks, and Gordon Proctor are entitled to immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas do not have jurisdiction over any civil actions that may be filed against them based upon the allegations in this case.

_____
CLARK B. WEAVER SR.
Judge

cc:

Daniel R. Forsythe                          Rebecca Roderer Price
Peter E. DeMarco                            Robert G. Schuler
Assistant Attorneys General                 Timothy T. Tullis
150 East Gay Street, 18th Floor             Capitol Square Office Building
Columbus, Ohio 43215-3130                   65 East State Street, Suite 1800
                                            Columbus, Ohio 43215-4294

003
Filed October 24, 2012
Sent to S.C. Reporter February 28, 2013